

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward **BRAVENEC** and The Law Office of McKnight and Bravenec,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

     In accordance with this court's opinion of this date, appellant's "Motion to Rehear in Part and to Abate in Part Pursuant to the Texas Citizen's Participation Act" is DENIED, and this appeal is DISMISSED. It is ORDERED that appellees, Edward Bravenec and The Law Office of McKnight and Bravenec, recover their costs of this appeal from appellant, Rowland Martin, Jr.

     SIGNED October 1, 2014.

_____
Catherine Stone, Chief Justice